Richard D. Gluck (SBN 151675)
Joseph P. Martinez (SBN 188474)
Sarah M. Shekhter (SBN 278212)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, Suite 2100
San Diego, California  92101-8177
Telephone: (619) 685-3003
Facsimile: (619) 685-3100
E-Mail:  gluck@scmv.com; martinez@scmv.com;
         shekhter@scmv.com

Attorneys for Plaintiff, PHILIP PALUMBO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| PHILIP PALUMBO, an individual,<br><br>              Plaintiff,<br><br>       v.<br><br>Anthony's Glass, Inc., A Nevada Corporation; and DOES 1-20, inclusive,<br><br>              Defendants. | Case No. 3:23-CV-01645-LL-DDL<br><br>**PLAINTIFF PHILIP PALUMBO'S NOTICE OF BANKRUPTCY CASE**<br><br>Judge:             Hon. Linda Lopez<br>Magistrate Judge: Hon. David D. Leshner<br>Courtroom:         5D<br><br>Complaint Filed:   September 6, 2023<br>Trial:             Not Set |
| --- | --- |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OR RECORD:

Please take notice that Defendant Anthony's Glass, Inc., by and through its counsel of record, has filed Chapter 7 Bankruptcy in the United States Bankruptcy Court for the District of Nevada.  Attached is a copy of the Notice of Bankruptcy case filing we received.

Dated: January 31, 2024                SELTZER CAPLAN McMAHON VITEK

By: _____
                                       Richard D. Gluck
                                       Joseph P. Martinez
                                       Sarah M. Shekhter
                                       Attorneys for Plaintiff, PHILIP PALUMBO

PLAINTIFF PHILIP PALUMBO'S NOTICE OF BANKRUPTCY CASE

# ATTACHMENT

ATTACHMENT

| Information to identify the case: | | |
|---|---|---|
| Debtor | **ANTHONY'S GLASS, INC.** <br> Name | EIN: 80–0011860 |
| United States Bankruptcy Court   District of Nevada | | Date case filed for chapter:     7     1/23/24 |
| Case number:   24–10321–hlb | | |

## Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline                    10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | **Debtor's full name** | ANTHONY'S GLASS, INC. | |
|---|---|---|---|
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3955 WEST SUNSET RD. UNIT # 105 <br> LAS VEGAS, NV 89118 | |
| 4. | **Debtor's attorney** <br> Name and address | ZACHARIAH LARSON <br> LARSON AND ZIRZOW, LLC <br> 850 E. BONNEVILLE AVE. <br> LAS VEGAS, NV 89101 | Contact phone 702–382–1170 <br><br> Email: zlarson@lzlawnv.com |
| 5. | **Bankruptcy trustee** <br> Name and address | LENARD E. SCHWARTZER <br> LENARD E. SCHWARTZER, TRUSTEE <br> 6655 WEST SAHARA AVE <br> SUITE B200–107 <br> LAS VEGAS, NV 89146–8503 | Contact phone 702–307–2022 |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Las Vegas Blvd., South <br> Las Vegas, NV 89101 | Office Hours: 9:00 AM – 4:00 PM <br><br> Contact phone: (702) 527–7000 <br><br> Date: 1/23/24 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | February 21, 2024 at 01:30 PM <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | *BY TELEPHONE* <br><br> Trustee: LENARD E. SCHWARTZER <br> Call–in Number: 877–927–8191 <br> Passcode: 4848388# |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                    page 1

010726                    5250401073601 6

FRI-52504 0978-2 309C 24-10321
ZACHARIAH LARSON
850 E. BONNEVILLE AVE.
LAS VEGAS, NV 89101



010726  10726 1 AB 0.544  92101  4 8  10064-1-10726

PHILIP R. PALUMBO
C/O SELTZER CAPLAN MCMAHON VITEK
ATTN: RICHARD D. GLUCK, ESQ.
750 B STREET, SUITE 2100
SAN DIEGO, CA 92101-8177

010726       5 2 5 0 4 0 1 0 7 3 6 0 1 6