UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PHILIP PALUMBO,<br><br>                              Plaintiff,<br><br>v.<br><br>ANTHONY'S GLASS, INC., et al.,<br><br>                              Defendants. | Case No.: 23cv1645-LL-DDL<br><br>**ORDER STAYING CASE PENDING BANKRUPTCY PROCEEDINGS** |

On January 31, 2024, Plaintiff Philip Palumbo filed a notice that Defendant Anthony's Glass, Inc., who has been properly served but has not entered an appearance in this action, filed for Chapter 7 Bankruptcy in the United States Bankruptcy Court for the District of Nevada on January 23, 2024. ECF No. 7 (Case. No. 24-10321-hlb). Defendant's bankruptcy petition operates as an automatic stay on the instant action. 11 U.S.C. § 362(a). Accordingly, the Court **STAYS** this matter.

\\\

\\\

\\\

\\\

\\\

1

Plaintiff's pending motion for default judgment, which was timely filed, is **TERMINATED** and may be refiled, if necessary, upon the lifting of the bankruptcy stay.

Upon notification, by any party, of the conclusion of bankruptcy proceedings, the Court will issue further orders as necessary.

**IT IS SO ORDERED**.

Dated:  April 15, 2024

_____
Honorable Linda Lopez
United States District Judge

2

23cv1645-LL-DDL